## SULLIVAN *vs.* DOLLINS.

### *Appeal from Franklin.*

The presumption in the Supreme Court is, that the clerk of the circuit was satisfied of the right of the attorney to use the name of the appellant, to an appeal bond, before he accepted such bond.

The authority of an attorney to execute an appeal bond, will only be enquired into when it is questioned by affidavit.

This was a motion made to dismiss the appeal, for reasons which are fully stated in the opinion.

S. BREESE, for the motion.

W. B. SCATES, contra.

Opinion by TREAT, C. J.:

The appeal bond in this case is executed in the name of the appellant "by H. B. Montgomery, his attorney." A motion is made to dismiss the appeal, because the authority of the attorney does not appear. The motion will be denied. The presumption here is that the clerk of the Circuit Court was satisfied of the right of the attorney to use the name of the appellant before he accepted the bond. This Court will not enquire into his authority until it is questioned by affidavit. Campbell

*vs.* State Bank, 1 Scammon, 423. In this class of cases the Court will require the proof of the authority to be exhibited, on the filing of an affidavit, stating the belief of the appellee, or his attorney, that the bond was signed without legal authority.

*Motion denied.*